

# Fourth Court of Appeals
## San Antonio, Texas

July 2, 2025

No. 04-25-00219-CV

In the Estate of Alice C. **HARTONG**, Deceased

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2001-PC-1800
Honorable Barbie Scharf-Zeldes, Judge Presiding

**ORDER**

Sitting:      Adrian A. Spears II, Justice
               H. Todd McCray, Justice
               Velia J. Meza, Justice

In accordance with this court's memorandum opinion of this date, Alice K. Turner's motion for permissive appeal is DENIED, and this appeal is DISMISSED FOR LACK OF JURISDICTION. *See* TEX. CIV. PRAC. & REM. CODE § 51.014(d); TEX. R. CIV. P. 168; *see also Durairaj v. Durairaj*, No. 04-19-00271-CV, 2019 WL 3937275, at *1 (Tex. App.—San Antonio Aug. 21, 2019, no pet.) (denying petition for permissive appeal and dismissing appeal for lack of jurisdiction).

It is so **ORDERED** on July 2, 2025.

_____
Adrian A. Spears II, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of July, 2025.

_____
Caitlin A. McCamish, Clerk of Court